### COX *v.* CAGLE & SONS.

COBB, J.   1. The general lien given to laborers under the Civil Code, § 2792, upon all the property of their employers, and the special lien on the products of their labor, given under the Civil Code, § 2793, arise only for the amount due for the work done.

2. It follows from what is above announced, that when a contract between an employer and an employee provides for the labor of the latter as well as for the use of his property, the employee is entitled to a laborer's lien only for the work done, and not for the hire of his property.

3. The evidence authorized the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued October 6,—Decided October 31, 1900.

Foreclosure of lien. Before Judge Janes. Haralson superior court. July term, 1900.

*James Beall,* for plaintiff.